THE STATE, EX REL. MAX L. RUDENSEY, PROSECUTOR, v. WILLIAM SENIOR, INSPECTOR OF BUILDINGS OF THE TOWN OF MONTCLAIR, IN THE COUNTY OF ESSEX, AND THE TOWN OF MONTCLAIR, IN THE COUNTY OF ESSEX, DEFENDANTS.

Submitted February 15, 1926—Decided May 4, 1926—Filed June 19, 1926.

On *certiorari*.

Before Justices TRENCHARD and KATZENBACH.

For the prosecutor, *Whiting & Moore* (*Ira C. Moore*, of counsel).

For the defendants, *George R. Beach*.

PER CURIAM.

In the above case the prosecutor applied for an order awarding to the prosecutor the costs of this proceeding. This application is denied.